FILE COPY



**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ

# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

April 28, 2015

Hon. F. Leighton Durham III
Attorney at Law
P.O. Box 224626
Dallas, TX 75222
* DELIVERED VIA E-MAIL *

Hon. Laura E. Gutierrez Tamez
Attorney at Law
111 Soledad St., Suite 1900
Riverview Towers
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Hon. Scott T. Clark
Adams & Graham
P. O. Box 1429
134 E. Van Buren, Suite 301
Harlingen, TX 78551
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-14-00700-CV
Tr.Ct.No.  2014-DCL-1353-G
Style:   Harlingen Medical Center, Limited Partnership v. Rosa Andrade, as Next
         Friend of M. H. A., a minor child, et al.

Appellant's motion to reinstate the appeal and motion for extension of time to file brief in the above cause were this day GRANTED by this Court. The appeal is hereby REINSTATED and the time to file appellant's brief has been extended to May 7, 2015. In addition, appellant's motion to consolidate appeals (13-4-00700-CV and 13-15-00119-CV) was this day GRANTED for purposes of briefing.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:dot